**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CHAD BATTERMAN, | : | No. 356 MAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| SILVIA SANTO, | : | |
| Respondent | : | |
| CHAD BATTERMAN, | : | No. 357 MAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| SILVIA SANTO, | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.